# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUEL REVOLLAR, | ) | **Case No. C 08-00955 JW** |
| Plaintiff, | ) | |
| | ) | **STIPULATION** |
| v. | ) | |
| BUY AND SAVE MARKET, FRANK YIN, AND DOES 1 THROUGH 10, | ) ) | |
| Defendants. | ) ) | |

**WHEREAS,** Plaintiff, Manuel Revollar, and Defendant, Frank Yen formerly doing business as Buy and Save Market (hereinafter referred to as "Buy & Save"), (collectively "the Parties"), through their respective counsel, **Adam Wang, Esq., for Plaintiff and Jennifer J. Hagan, Esq. for Defendant Buy & Save,** have reached agreement on with respect to conducting additional due diligence investigation in this case, which they would like memorialized in a written stipulation.

**NOW, WHEREFORE,** the Parties agree as follows:

## STIPULATION

1.      Defendants Buy &Save Market and Frank Yen shall not be obligated to file a responsive pleading or answer to the complaint in this case until Wednesday, **July 16, 2008.**

2.    The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be **July 16, 2008**.

3.    The last day to file Rule 26(f) Report, complete initial disclosures or state an objection in Rule 26(f) Report, and file a Case Management Statement shall by **July 27, 2008**.

4.    The case management conference currently set by the Court on July 7, 2008, should be continued for 30 days to a convenient date for the Court in the month of August, 2008.

**IT IS SO STIPULATED.**

Dated: June ____, 2008            **THE LAW OFFICE OF ADAM WANG**

By:_____
        Adam Wang
        Attorney for Plaintiff Manuel Revollar

Dated: June 14, 2008            **THE HAGAN LAW FIRM, INC.**

By:_____
        Jennifer J. Hagan
        Attorneys for Defendant Frank Yen doing
        business as Buy and Save Market