**IT IS SO ORDERED AS MODIFIED**

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REVOLLAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUY AND SAVE MARKET, FRANK YIN, AND DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. C 08-00955 JW<br><br>STIPULATION<br><br>AND ORDER |

WHEREAS, Plaintiff, Manuel Revollar, and Defendant, Frank Yen formerly doing business as Buy and Save Market (hereinafter referred to as "Buy & Save"), (collectively "the Parties"), through their respective counsel, **Adam Wang, Esq., for Plaintiff and Jennifer J. Hagan, Esq. for Defendant Buy & Save,** have reached agreement on with respect to conducting additional due diligence investigation in this case, which they would like memorialized in a written stipulation.

NOW, WHEREFORE, the Parties agree as follows:

### STIPULATION

1. Defendants Buy &Save Market and Frank Yen shall not be obligated to file a responsive pleading or answer to the complaint in this case until Wednesday, **July 16, 2008.**

2

2. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan shall be **July 16, 2008**.

3. The last day to file Rule 26(f) Report, complete initial disclosures or state an objection in Rule 26(f) Report, and file a Case Management Statement shall by **July 27, 2008**.

4. The case management conference currently set by the Court on July 7, 2008, should be continued for 30 days to a convenient date for the Court in the month of August, 2008.

**IT IS SO STIPULATED.**

Dated: June 30, 2008                    **THE LAW OFFICE OF ADAM WANG**

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiff Manuel Revollar

Dated: June 14, 2008                    **THE HAGAN LAW FIRM, INC.**

By: Jennifer J. Hagan
Attorneys for Defendant Frank Yen doing business as Buy and Save Market

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to September 8, 2008 at 10 a.m. Parties shall file a Joint Case Management Conference Statement on or before August 29, 2008. The Statement shall set forth a good faith discovery plan which includes a proposed date for the close of all discovery.

IT IS SO ORDERED.

Dated: July 2, 2008

By: James Ware
United States District Judge