ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel Revollar, <br><br> Plaintiff, <br><br> vs. <br><br> Buy and Save Market, Frank Yin, and Does 1-10, <br><br> Defendants | Case No. C08-955 JW <br><br> VOLUNTARY DISMISS WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. Pro. 41, Plaintiff Manuel Revollar hereby dismisses all claims alleged in this case without prejudice against Defendants Buy and Save Market, and Frank Yin.

Dated: August 5, 2008                         By: /s/ ADAM WANG
                                                  Attorney for Plaintiff

1                **Case No.**    C08-955 JW

**VOLUNTARY DISMISSAL WITH PREJUDICE**
**Revollar v. Buy and Save Market, et al.**